UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>SWARM OF NOVEMBER 15 to<br>DECEMBER 9, 2010, *et al.*,<br><br>                Defendants. | Case No.  2:11-cv-00637-RLH-GWF<br><br>**ORDER**<br><br>Motion to Extend Time for<br>Service of Complaint (#10) |

This matter is before the Court on Plaintiff Liberty Media Holdings, LLC's Motion to Extend Time for Service of Complaint (#10), filed on August 22, 2011.  On May 9, 2011, the Court granted Plaintiff leave to conduct early discovery from several Internet Service Providers ("ISP") (*see* # 9).  Plaintiff has since received discovery from one ISP, but is still awaiting documents from another.  Pursuant to Federal Rules of Civil Procedure 4(m), the Court finds Plaintiff has established good cause for an extension of time to serve the complaint on the Defendants.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Liberty Media Holdings, LLC's Motion to Extend Time for Service of Complaint (#10) is **granted**.  Plaintiff shall have up to and including **October 20, 2011** to serve the Defendants.

DATED this 23rd day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge