J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113 (phone)
305-437-7662 (fax)
jmd@Randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 2:11-cv-00637 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| SWARM OF NOVEMBER 15 to DECEMBER 9, 2010, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; AND DOES 1 through 13, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Plaintiff voluntarily dismisses the remaining defendants in this action without prejudice.  As no Defendant has appeared in this matter, no further action is required by the Court.  The Clerk may order this action closed.

Date: December 21, 2011

s/ J. Malcolm DeVoy IV
J. Malcolm DeVoy IV
Randazza Legal Group

Attorney for Plaintiff

1

**CERTIFICATE OF NON-SERVICE**

I am an authorized representative of Randazza Legal Group and responsible for effecting service, if possible, in this case. The defendants' true identities in this matter are unknown and they therefore cannot be served under Fed. R. Civ. P. 5.

Dated this 21st day of December, 2011

                                                /s/ J. Malcolm DeVoy IV
                                                J. Malcolm DeVoy IV